# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

Clifford W. Taylor,
Chief Justice

136922

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., as nominee for QUICKEN
LOANS, INC.,
        Plaintiff-Counter-
        Defendant-Appellant,

v

MAJIC FUNDING, L.L.C.,
        Defendant-Appellee,

and

DOUGLAS & DAUGHTERS CORPORATION,
FRANK SHUSHTARI, and GABRIEL LIMA,
        Defendants/Counter-
        Plaintiffs-Appellees,

and

MELISSA J. WHITSETT and MARK A.
WHITSETT,
        Defendants.

SC: 136922
COA: 277343
Oakland CC: 2005-067556-CH

_____/

On order of the Court, the application for leave to appeal the June 10, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

Clerk

p1020